# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

MAIRIN LOPEZ, and other similarly
situated individuals,

      Plaintiffs,

vs.

ALL MEDICAL PERSONNEL, INC.
a Florida Corporation, individually;
MARVIN SCHWARTZBARD, individually;
NEIL BERNSTEIN, individually;
JULIE SCHWARTZBARD, individually;

      Defendants.
_____/

Civil Action No.:

**NOTICE OF REMOVAL**

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

      **PLEASE TAKE NOTICE** that Defendants, All Medical Personnel, Inc., Marvin Schwartzbard, Neil Bernstein, and Julie Schwartzbard (collectively ("Defendants"), hereby file this Notice of Removal of the above-captioned action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2017-010127-CA-01, pursuant to 28 U.S.C. §1331, on the basis of the facts set forth below:

      1.    On April 27, 2017, Plaintiff filed a Complaint against Defendants in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2016-010127-CA-01. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

      2.    In the Complaint, Plaintiffs seek damages in excess of $15,000.00 under the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 2001 et seq.).

      3.    Defendants first received notice of the Complaint when they were served with copies thereof on May 5, 2017. True and correct copies of the summons are attached hereto as

**Exhibit B**.

4. Pursuant to 28 U.S.C. §1331, this Court has subject matter jurisdiction based on federal law; to wit, Plaintiff seek damages under the Fair Labor Standards Act of 1938, as amended (29 U.S.C. §2001 et seq.).

5. Pursuant to 28 U.S.C. §1446(b), this notice has been timely filed.

6. This notice is being filed in the United States District Court for the Southern District of Florida, the U.S. District Court for the district and division within the state court action is pending, as required by 28 U.S.C. §§1446(a) and 1441(a).

7. Pursuant to 28 U.S.C. §1446(d), written notice of the filing of this Notice of Removal will be served upon Plaintiff's counsel, and a copy of the Notice of Removal will be filed with the Miami-Dade County Clerk of Courts in the form attached hereto as **Exhibit C**.

8. By filing this Notice of Removal, Defendants do not waive any defenses or rights that may be available to them.

9. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. §1446(a).

**WHEREFORE,** Defendants respectfully request that this action be duly removed to this Court, and that it proceed herein.

>	Respectfully Submitted,
>
>	DAMIAN & VALORI LLP
>	1000 Brickell Avenue, Suite 1020
>	Miami, Florida 33131
>	Telephone: (305) 371-3960
>	Facsimile: (305) 371-3965
>	Primary email: rlandy@dvllp.com
>	Secondary email: eromero@dvllp.com
>	Secondary email: lfd@dvllp.com
>
>	By: s/Russell Landy
>	    Russell Landy
>	    Florida Bar No. 0044417
>	    Ezequiel J. Romero
>	    Florida Bar No. 107216

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system and/or email this 24th day of May, 2017 upon all counsel or parties of record on the attached service list.

>	s/*Russell Landy*
>	*Counsel for Defendants*

## SERVICE LIST

Russell Landy
rlandy@dvllp.com
Ezequiel J. Romero
eromero@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020,
Miami, Florida 33131
Tel. (305) 371-3960
Fax (305) 371-3965

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
Rainier Regueiro, Esq.
Florida Bar No. 115578
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel. (305) 416-5000
Fax (305) 416-5005
agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com
agpassistant@rgpattorneys.com